Stephen D. Rose
Hall, Render, Killian, Heath & Lyman, LLC
1049 West Fifth Avenue, Suite 200
Anchorage, AK 99501
Phone: (206) 351-4758
Fax: (844) 801-5883
srose@hallrender.com
Alaska Bar No. 8901002

Peter Sandberg
Ingaldson Fitzgerald
813 West Third Avenue
Anchorage, AK 99501
Phone: (907) 258-8750
Fax: (907) 258-8751
peter@impc-law.com
Alaska Bar No. 0611084

Attorneys for Plaintiff, Alaska Women's Health

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA WOMEN'S HEALTH, P.C., <br><br> Plaintiff, <br><br> v. <br><br> GARY J. STROMBERG and JANE DOE STROMBERG, <br><br> Defendants. | Case No. |

**COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, THEFT OF RECORDS, BREACH OF CONTRACT, AND CIVIL EXTORTION**

COMES NOW the plaintiff, Alaska Women's Health, P.C. ("AWH"), through counsel, alleging and requesting relief as follows:

**INTRODUCTION**

1. Immediate action is necessary to halt Defendant Gary J. Stromberg from publicly disclosing AWH's private and confidential information and documents. This is a civil action for declaratory and injunctive relief, theft of records, civil extortion and

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF  Page 1 of 13
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG et al.*
Case 3:21-cv-00272-TMB   Document 1   Filed 12/17/21   Page 1 of 13

anticipatory breach of contract against Defendant, Gary J. Stromberg and Jane Doe Stromberg ("Defendants"), to prohibit Defendants from publicly disclosing confidential information of AWH that Defendant Gary J. Stromberg unlawfully took from AWH. Defendant Stromberg is now threatening to publicly disclose private and confidential documents and information unless he is paid $140,000. AWH brings this lawsuit because Defendant Gary J. Stromberg, while employed by AWH, systematically stole copies of AWH's confidential information such as AWH Policies and Procedures, AWH profit and loss statements, AWH Budgets, AWH Board of Directors Minutes, AWH monthly collections, and AWH marketing materials and is now demanding $140,000 or else he will publicly disclose these documents or the information contained in the documents. If the $140,000 is not paid to Defendants he threatens to use the stolen information to injure the property and reputation of AWH and its owners by disclosing this confidential information to media outlets and other public forums.

2. Prior to being employed by AWH, Defendant signed and agreed to a "Confidentiality & Technology Agreement" where he agreed to not disclose any AWH confidential information. Defendant, Gary J. Stromberg, now threatens to publicly disclose AWH's confidential information to injure the property and reputation of AWH and its owners unless AWH pays him $140,000.

3. AWH seeks relief against Defendants to enforce the confidentiality agreement signed by Defendant Gary J. Stromberg, to prohibit Defendants from disclosing AWH's confidential information, to return or destroy AWH's confidential information, to stop the

Hall, Render, Killian, Heath & Lyman, LLC
1049 West Fifth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 258-2587

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF        Page 2 of 13
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG, et al.*
Case 3:21-cv-00272-TMB   Document 1   Filed 12/17/21   Page 2 of 13

extortion demands, and to prohibit Defendants from making disparaging statements about AWH, the owners of AWH, or the workforce members of AWH.

## JURISDICTION AND VENUE

3. This Court has jurisdiction in this action pursuant to 28 U.S.C. §1332.

4. The amount in controversy exceeds $75,000 with the defendants demanding payment of one year's salary or $140,000.

5. Diversity of citizenship exists between the Parties. Plaintiff is a professional corporation both incorporated in and with its principle place of business in Alaska. Defendant is believed to be domiciled in North Carolina.

6. Venue is proper in Alaska pursuant to 28 U.S.C. §1391, because the claims stated in this Complaint all arose in Anchorage, Alaska.

## PARTIES

7. Plaintiff, Alaska Women's Health, P.C., is an Alaska Professional Corporation in good-standing, located at 3260 Providence Drive, Suite 322, Anchorage, Alaska 99508.

8. Defendant, Gary J. Stromberg and Jane Doe Stromberg are believed to reside at 73 Davis Creek Road, Candler, North Carolina 28715.

## FACTUAL ALLEGATIONS

9. Alaska Women's Health is a Professional Corporation and medical group practice located in Anchorage, Alaska, and is comprised of physicians and other health care providers who specialize in Obstetrics & Gynecology and Reproductive Endocrinology & Infertility.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF Page 3 of 13
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG, et al.*
Case 3:21-cv-00272-TMB Document 1 Filed 12/17/21 Page 3 of 13

Hall, Render, Killian, Heath & Lyman, LLC
*1049 West Fifth Avenue, Suite 200*
*Anchorage, Alaska 99501*
*(907) 258-2587*

10. On or about June 12, 2020, AWH offered to employ Defendant Gary J. Stromberg as its Chief Administrative Officer. A copy of the letter offering Mr. Stromberg the position of Chief Administrative Officer is attached hereto and is marked as Exhibit A.

9. Mr. Stromberg's expected hire date was set for July 13, 2020.

10. Prior to commencing employment with AWH, Mr. Stromberg was presented with a document titled, "Confidentiality & Technology Agreement." A copy of the Confidentiality & Technology Agreement, signed by Defendant Gary J. Stromberg on July 13, 2020, is attached hereto and is marked as Exhibit B.

11. By signing the Confidentiality & Technology Agreement, Defendant Gary J. Stromberg agreed to the following:

> As an employee or contractor of Alaska Women's Health, PC ("AWH"), I am presently, or will be, performing services related to AWH business. I understand that in the course of my employment I will have access to information that is confidential and that AWH does not want shared, used, or otherwise disseminated or disclosed to other employees or contractors of AWH, or to individuals not affiliated with AWH. Such information (referred to as "Confidential Information"), includes without limitation, trade secrets, financial information, client and customer lists, client, consultant or employee contracts and details thereof, personnel information including employee salaries, AWH pricing policies, operational methods, marketing plans or strategies, business acquisition and expansion plans, personnel acquisition plans, and all other information pertaining to the business of AWH, its employees or its clients, that is not publicly available.
>
> I agree to protect and preserve the Confidential Information and use such Confidential Information only for purposes related to my employment with AWH. I agree not to deliver, divulge, discuss, publish, or in any way convey by word, act, or omission to act, any Confidential Information to any person or entity, including other employees or contractors of AWH, unless such

Hall, Render, Killian, Heath & Lyman, LLC
1049 West Fifth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 258-2587

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF Page 4 of 13
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG, et al.*
Case 3:21-cv-00272-TMB Document 1 Filed 12/17/21 Page 4 of 13

> disclosure is in the course of my employment and the person has a legitimate business need to know. I will not use any Confidential Information in an improper, illegal, or unethical manner or for my own personal gain.
>
> I agree to abide by this confidentiality agreement and its nondisclosure requirements even after I am no longer employed and/or contracted with AWH.
>
> I agree that disclosure of confidential information is prohibited indefinitely, even after termination of employment or business relationship, unless specifically waived in writing by the authorized party.

12. As part of his employment, Defendant was provided with an AWH credit card which was only to be used when he was making purchases on behalf of AWH.

13. Over time, Defendant started to abuse his credit card privileges and began to use the AWH credit card for personal purchases. Defendant was instructed on many separate occasions to cease using the AWH credit card for personal purchases.

14. In spite of the many warnings, Defendant continued to use the AWH credit card for his own personal use. For example, Defendant Gary Stromberg made six withdrawals of $250.00 each from the gaming credit card machine at the American Legion Post 1, on May 22, 2021, June 11, 2021, June 17, 2021, June 20, 2021, June 23, 2021, and June 25, 2021. When asked about the withdrawals totaling $1,500.00, Defendant stated that $1,000.00 was given to American Legion Post 1, as a "donation" on behalf of Alaska Women's Health.

15. The Operations Manager for American Legion Post 1 was contacted about the claimed $1,000.00 "donation." The Operations Manager stated on July 20, 2021, that American Legion Post 1, had no record and none of its staff recalled receiving this

Hall, Render, Killian, Heath & Lyman, LLC
1049 West Fifth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 258-2587

"donation." The Operations Manager stated that the gaming credit card machine was usually used for gaming related expenses such as purchasing pull-tabs.

16. AWH locked Defendant Gary J. Stromberg's AWH email account on July 19, 2021. When Defendant learned that he was locked out of his AWH email account he sent a text message to one of the AWH owners, Dr. Craig Hinkle. In that email Defendant Stromberg stated that he would "discuss separation details" the next time he was in the office.

17. In his reply text on July 19, 2021, Dr. Hinkle stated: "Yes, unfortunately you left us with no other choice, but termination. The erosion of trust with your continued unauthorised company credit card transactions and cash advances was the end. I wish you the best Gary in your future. Please learn from this unprofessional, distrustful behaviour as it reflects poorly on your integrity."

18. Defendant Gary J. Stromberg was terminated as an employee by AWH on July 21, 2021. Defendant was terminated for repeated unauthorized personal use of the AWH company credit card.

19. After Mr. Stromberg was terminated and he advised AWH that he did not have any personal belongings left in his AWH office, AWH office personnel cleaned his office. As they were cleaning his office they discovered two large water bottles. When they opened the water bottles they discovered that the water bottles were filled with alcohol.

20. Also found on Defendant Gary J. Stromberg's AWH computer were copies of photographs he had sent to himself at AWH of naked and near-naked women and photos of male genitalia.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF      Page 6 of 13
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG et al.*
Case 3:21-cv-00272-TMB   Document 1   Filed 12/17/21   Page 6 of 13

Hall, Render, Killian, Heath & Lyman, LLC
1049 West Fifth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 258-2587

21. As part of the process after termination of an employee, the AWH email account for that employee is reviewed. The email account for Defendant showed that Mr. Stromberg emailed AWH confidential information and documentation to his own personal email address on several occasions.

22. On January 26, 2021, without business need and without permission from AWH, Defendant emailed himself copies of the following AWH confidential documentation:

- AWH Board Meeting Agenda
- AWH Board Meeting Minutes of December 29, 2020
- AWH 2019 Profit & Loss Statement
- AWH 2020 Profit & Loss Statement
- AWH Net Collections
- Vaccs.docx
- AWH Monthly Balance Sheet
- AWH Yearly Balance Sheet
- AWH Budget for 2021

23. On April 28, 2021, without business need and without permission from AWH, Defendant emailed himself a copy of the confidential AWH Marketing Plan and Marketing materials.

24. On July 16, 2021, without business need and without permission from AWH, Defendant emailed himself copies of the following AWH confidential documentation:

- AWH Budget versus Actual Numbers, year-to-date for 2021

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF Page 7 of 13
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG, et al.*
Case 3:21-cv-00272-TMB Document 1 Filed 12/17/21 Page 7 of 13

Hall, Render, Killian, Heath & Lyman, LLC
1049 West Fifth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 258-2587

- AWH Profit & Loss Statement, year-to-date January through June 2021
- AWH Profit & Loss Statement, June 2020 through June 2021

25. After Stromberg was terminated as an employee, on October 7, 2021, Stromberg sent a text message to Dr. Craig Hinkle, and stated in pertinent part: "When I shook your hand and said thanks, it was for a reason. I really do appreciate you. But, I have a family and this will not stand. I am in possession of many [documents] to include financials and policies. I dont [sic] want to go the media route, but as you know, I am adept there. I am currently asking for 1 year salary as that is typical for transition but my counsel is going to go after 7 figures. Not my preference as I really love 5 out of 6 of you but what you allowed Melissa and Amanda to engineer will not sit. Period." A copy of Stromberg's text message to Dr. Craig Hinkle is attached hereto and is marked as Exhibit C.

26. On December 2, 2021, Defendant Gary J. Stromberg sent an email to Dr. Craig Hinkle and Dr. Carol Mitchell-Springer, both owners of AWH. In that email, Defendant Stromberg stated in pertinent part: "As you are aware, I am pressing forward with my lawsuit, a very fair one actually. . . . Again, I am highly confident that I have the upper ground here. I seek to settle by December 15 for one year's salary which is the norm, which I am willing to be paid in monthly increments, or I am going after the practice in full force, to include conversations with Providence on multiple issues. . . . I look forward to your offer for a discontinuance of the discussion to include a confidentiality/gag clause. I expect a communication of such in 48 hours. I will send a more detailed [sic] of this communication to the board, your identified attorney, and the media post that time if we do not agree." A copy of Stromberg's email is attached hereto and is marked as Exhibit D.

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF Page 8 of 13
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG, et al.*
Case 3:21-cv-00272-TMB Document 1 Filed 12/17/21 Page 8 of 13

## FIRST CAUSE OF ACTION: CIVIL EXTORTION

27. Plaintiff AWH re-alleges and incorporates by reference the allegations contained in paragraphs 1-26 of this Complaint.

28. A person commits civil extortion where that person obtains the personal property or confidential documents of another and threatens to expose that confidential information in order to subject the owner of that information to ridicule or impair that entity's business reputation.

29. Defendant Gary J. Stromberg signed the AWH "Confidentiality & Technology Agreement" on July 13, 2020. In that Agreement, Defendant acknowledges that he will come into contact with AWH confidential information as part of his job and agrees not to disclose the confidential information to any other person or entity. Defendant also agreed that the Confidentiality & Technology Agreement would prohibit him from disclosing any confidential information even after his employment with AWH ended. Lastly, Defendant agreed to never use AWH confidential information for his own personal gain.

30. Defendant Stromberg emailed AWH confidential information to his own personal email account. The confidential information Defendant Stromberg emailed himself includes, but is not limited to financial information such as Profit and Loss Statements, Balance Sheets, Budgets, and Marketing Plans. Defendant Stromberg threatens to disclose this confidential information to the public unless he is paid one year's salary of $140,000. In his July 22, 2021, text, Defendant Stromberg threatened to "go the media route" which he claimed to be "adept" at unless he received one year's salary which is $140,000. On

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF Page 9 of 13
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG, et al.*
Case 3:21-cv-00272-TMB Document 1 Filed 12/17/21 Page 9 of 13

Hall, Render, Killian, Heath & Lyman, LLC
1049 West Fifth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 258-2587

December 2, 2021, he repeated this threat of public disclosure of confidential information through a detailed "media post" unless he receives one year's salary.

31. Defendant Gary J. Stromberg's threats to publicly disclose AWH confidential information unless he is paid $140,000 constitutes civil extortion.

## SECOND CAUSE OF ACTION: THEFT

32. Plaintiff AWH re-alleges and incorporates by this reference the allegations contained in paragraphs 1-31 of this Complaint.

33. While employed at AWH, Defendant Gary J. Stromberg committed theft by appropriating AWH property and confidential information and documents without AWH's knowledge or permission.

34. While employed at AWH, Defendant, without permission or a legitimate business purpose, unlawfully appropriated the following confidential documents from AWH:

- AWH Board Meeting Agenda
- AWH Board Meeting Minutes of December 29, 2020
- AWH 2019 Profit & Loss Statement
- AWH 2020 Profit & Loss Statement
- AWH Net Collections
- Vaccs.docx
- AWH Monthly Balance Sheet
- AWH Yearly Balance Sheet
- AWH Budget for 2021

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF Page 10 of 13
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG, et al.*
Case 3:21-cv-00272-TMB Document 1 Filed 12/17/21 Page 10 of 13

Hall, Render, Killian, Heath & Lyman, LLC
1049 West Fifth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 258-2587

- AWH Marketing Plan
- AWH Marketing Materials
- AWH Budget versus Actual Numbers, year-to-date for 2021
- AWH Profit & Loss Statement, year-to-date January through June 2021
- AWH Profit & Loss Statement, June 2020 through June 2021

35. Defendant now threatens to publicly disclose these confidential and private documents. Defendant Stromberg's unlawful appropriation of these documents constitutes theft.

## THIRD CAUSE OF ACTION: BREACH OF CONTRACT

36. Plaintiff AWH re-alleges and incorporates by reference the allegations contained in paragraphs 1-35 of this Complaint.

37. Defendant Gary J. Stromberg signed the AWH "Confidentiality & Technology Agreement" on July 13, 2020. In that Agreement, Defendant acknowledges that he will come into contact with AWH confidential information as part of his job and agrees not to disclose the confidential information to any other person or entity. Defendant also agreed that the Confidentiality & Technology Agreement would prohibit him from disclosing any confidential information even after his employment with AWH ended and to never use AWH confidential information for his own personal gain.

38. The confidential information Defendant Stromberg stole from AWH includes, but is not limited to, financial information such as Profit and Loss Statements, Balance Sheets, Budgets, and Marketing Plans. Defendant Stromberg threatens to release this stolen confidential information to the public unless he is paid one year's salary of $140,000. In his

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF Page 11 of 13
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG, et al.*
Case 3:21-cv-00272-TMB Document 1 Filed 12/17/21 Page 11 of 13

October 7, 2021, text, Defendant Stromberg threatened to "go the media route" which he claimed to be "adept" at unless he received one year's salary. On December 2, 2021, he repeated this threat of public disclosure of confidential information through a detailed "media post" unless he receives one year's salary.

39. Defendant Gary J. Stromberg's disclosure of confidential information will constitute a breach of Confidentiality & Technology Agreement he signed. His threats to publicly release this confidential information to media outlets unless he is paid $140,000 constitutes an anticipatory breach of the Confidentiality & Technology Agreement.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Enjoin Defendant from disclosing any information stolen from or concerning Plaintiff, Alaska Women's Health, or any of the owners of Plaintiff, Alaska Women's Health, or any of the workforce members of Alaska Women's Health;

2. Enjoin Defendant from breaching the Confidentiality & Technology Agreement signed by Defendant Gary J. Stromberg;

3. Order Defendant to permanently delete, destroy, or return to Plaintiff, Alaska Women's Health, any information stolen from or concerning Plaintiff, Alaska Women's Health, or any of the owners of Plaintiff, Alaska Women's Health;

4. Enter an injunction compelling the Defendant to prove to Plaintiff, Alaska Women's Health, that Defendant has properly destroyed any of the information stolen from Plaintiff, including proving that any information held electronically by Defendant has been

Hall, Render, Killian, Heath & Lyman, LLC
1049 West Fifth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 258-2587

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF Page 12 of 13
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG, et al.*
Case 3:21-cv-00272-TMB Document 1 Filed 12/17/21 Page 12 of 13

properly scrubbed to render it of no use or value and makes the information unreadable and unintelligible;

5. Order Defendant to pay Plaintiff, Alaska Women's Health, reasonable attorneys' fees and costs for having to bring this action; and

6. Grant such other relief as the Court deems necessary and just to protect Plaintiff from further harm by Defendant.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands trial by jury for all issues so triable.

DATED this 17th day of December, 2021.

HALL, RENDER, KILLIAN, HEATH & LYMAN, LLC
*Attorneys For Plaintiff Alaska Women's Health, P.C.*

/s/ Stephen D. Rose
_____
Stephen D. Rose, Alaska Bar No. 8901002

INGALDSON FITZGERALD, PC
*Attorneys For Plaintiff Alaska Women's Health, P.C.*

/s/ Peter A. Sandberg
_____
Peter A. Sandberg, Alaska Bar No. 0611084

4861-3005-7472v2

COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF Page 13 of 13
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG, et al.*
Case 3:21-cv-00272-TMB Document 1 Filed 12/17/21 Page 13 of 13

Hall, Render, Killian, Heath & Lyman, LLC
*1049 West Fifth Avenue, Suite 200*
*Anchorage, Alaska 99501*
*(907) 258-2587*