Stephen D. Rose
Hall, Render, Killian, Heath & Lyman, LLC
1049 West Fifth Avenue, Suite 200
Anchorage, AK 99501
Phone: (206) 351-4758
Fax: (844) 801-5883
srose@hallrender.com
Alaska Bar No. 8901002
Attorneys for Plaintiff, Alaska Women's Health

Peter Sandberg
Ingaldson Fitzgerald
813 West Third Avenue
Anchorage, AK 99501
Phone: (907) 258-8750
Fax: (907) 258-8751
peter@impc-law.com
Alaska Bar No. 0611084

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA WOMEN'S HEALTH, P.C.,<br><br>Plaintiff,<br><br>v.<br><br>GARY J. STROMBERG and JANE DOE STROMBERG,<br><br>Defendants. | Case No. 3:21-cv-00272-TMB |

**NOTICE FOR RIPENESS FOR DECISION ON
MOTION FOR PRELIMINARY INJUNCTION
AFTER FILING OF DEFENDANT'S ANSWER**

I. **Procedural Background**

On February 16, 2022, Plaintiff Alaska Women's Health, P.C. ("AWH") filed a Motion for Preliminary Injunction, Memorandum in Support of Plaintiff's Motion for Preliminary Injunction, Affidavit with Exhibits of Craig E. Hinkle, M.D. in Support of Plaintiff's Application for Preliminary Injunctive Relief, and [Proposed] Order for

NOTICE FOR RIPENESS OF DECISION
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG et al.*
Case No. 3:21-cv-00272-TMB
Page 1 of 6

Hall, Render, Killian, Heath & Lyman, LLC
*1049 West Fifth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 258-2587*

Case 3:21-cv-00272-TMB   Document 9   Filed 04/11/22   Page 1 of 6

Preliminary Injunction and Evidence Preservation.[1] A copy of all of these documents were sent by email and First-Class mail to the Defendant, Gary Stromberg.

On March 17, 2022, this Court issued an Order directing Plaintiff to file its proof of service in compliance with Federal Rule of Civil Procedure 4(l).[2] Plaintiff filed its proof of service the same day, March 17, 2022.[3]

The Court Order directed Defendant as follows:

> [Defendant] Mr. Stromberg **SHALL** file with the Clerk of Court any responsive documents to Complaint at Docket 1 and/or Motion for Preliminary Injunction at Docket 4 on or before **April 4, 2022**.[4]

Defendant Stromberg filed a document he describes as his "Answer to Civil Action" on April 6, 2022.[5] No responsive documents to Plaintiff's Motion for Preliminary Injunction[6] have been filed by Defendant Stromberg.

## II. Answer Fails to Deny Key Allegations

"An allegation . . . is admitted if a responsive pleading is required and the allegation is not denied."[7] The first section of Plaintiff's Complaint that Defendant responds to is Section

---

[1] Dkt. 4 (Motion).

[2] Dkt. 6 (Order) at 1.

[3] Dkt. 7 (Certificate of Service).

[4] Dkt. 6 (Order) at 2.

[5] Dkt. 8 (Answer).

[6] Dkt. 4 (Motion).

NOTICE FOR RIPENESS OF DECISION                                             Page 2 of 6
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG et al.*
Case No. 3:21-cv-00272-TMB

Case 3:21-cv-00272-TMB   Document 9   Filed 04/11/22   Page 2 of 6

Hall, Render, Killian, Heath & Lyman, LLC
1049 West Fifth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 258-2587

12 on page 5 of the Complaint. Defendant does not respond to any of the Sections that precede Section 12. Just prior to Section 12, in Sections 10 and 11, Plaintiff alleges that Defendant Stromberg signed a document titled "Confidentiality & Technology Agreement."[8] Defendant does not deny that he signed this Agreement.

In pertinent part, the Confidentiality & Technology Agreement limits Defendant to using Confidential Information only for purposes related to his employment with Plaintiff and prohibits Defendant from disclosing any Confidential Information to any person unless that person "has a legitimate business need to know."[9] It also prohibits Defendant from using the Confidential Information for his own personal gain.[10]

Later in his Answer, Defendant Stromberg identifies 17 Sections he denies. Significantly, absent from this list of denied Sections are Sections 25 and 26. Section 25 alleges that Defendant Stromberg texted a message to Dr. Craig Hinkle threatening to publicly disclose Plaintiff's Confidential Information. Defendant stated: "I am in possession of many [documents] to include financials and policies. I dont [sic] want to go the media route, but as you know, I am adept there." [11]

---

[7] Federal Rule of Civil Procedure 8(b)(6); *Lockwood v. Wolf Corp.,* 629 F.2d 603, 611 (9th Cir. 1980)(Failure to deny allegation constitutes an admission).

[8] Dkt. 4-1 (Motion Affidavit) at 10.

[9] *Id.*

[10] *Id.*

[11] Dkt. 4-1 (Motion Affidavit) at 11-12.

NOTICE FOR RIPENESS OF DECISION   Page 3 of 6
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG et al.*
Case No. 3:21-cv-00272-TMB

Case 3:21-cv-00272-TMB   Document 9   Filed 04/11/22   Page 3 of 6

Defendant does not deny that he sent this text threatening to disclose Plaintiff's Confidential Information by going "the media route."

Section 26 alleges Defendant Stromberg sent an email to two of the physician-owners of Alaska Women's Health once again threatening to make its Confidential Information public. His email stated in pertinent part:

> Again, I am highly confident that I have the upper ground here. I seek to settle by December 15 for one year's salary which is the norm, which I am willing to be paid in monthly increments, or I am going after the practice in full force, to include conversations with Providence on multiple issues. . . . I look forward to your offer for a discontinuance of the discussion to include a confidentiality/gag clause. I expect a communication of such in 48 hours. I will send a more detailed [sic] of this communication to the board, your identified attorney, and the media post that time if we do not agree.[12]

Defendant Stromberg does not deny he sent this email threatening to disclose Plaintiff's Confidential Information by making a "media post."

Based on Defendant's Answer and his failure to respond to specific allegations, the following is deemed admitted by Defendant:

- Defendant signed a "Confidentiality & Technology Agreement" whereby he agreed not to take or disclose any of Plaintiff's Confidential Information;

- Defendant breached the Confidentiality & Technology Agreement by emailing Plaintiff's Confidential Information to his home email;

- Defendant refuses to return Plaintiff's Confidential Information or provide proof that Plaintiff's Confidential Information has been scrubbed from his systems;

---

[12] Dkt. 4-1 (Motion Affidavit) at 13.

NOTICE FOR RIPENESS OF DECISION  Page 4 of 6
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG et al.*
Case No. 3:21-cv-00272-TMB

Case 3:21-cv-00272-TMB   Document 9   Filed 04/11/22   Page 4 of 6

Hall, Render, Killian, Heath & Lyman, LLC
1049 West Fifth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 258-2587

- Defendant has threatened to publicly disclose Plaintiff's Confidential Information unless he is paid the sum of $140,000.

Plaintiff's Motion for Preliminary Injunction asks the Court to enjoin Defendant from carrying out any of his threats to publicly disclose Plaintiff's Confidential Information. Since Defendant will not return Plaintiff's Confidential Information and will not provide proof it has been scrubbed from his systems, Plaintiff AWH respectfully requests that the Court enter the Proposed Order[13] at this time.

DATED this 11th day of April, 2022.

HALL, RENDER, KILLIAN, HEATH & LYMAN, LLC
*Attorneys For Plaintiff Alaska Women's Health, P.C.*

/s/ Stephen D. Rose

_____
Stephen D. Rose, Alaska Bar No. 8901002

INGALDSON FITZGERALD, PC
*Attorneys For Plaintiff Alaska Women's Health, P.C.*

/s/ Peter Sandberg

_____
Peter Sandberg, Alaska Bar No. 0611084

---

[13] Dkt. 4-2 (Proposed Order).

NOTICE FOR RIPENESS OF DECISION Page 5 of 6
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG et al.*
Case No. 3:21-cv-00272-TMB
Case 3:21-cv-00272-TMB   Document 9   Filed 04/11/22   Page 5 of 6

Hall, Render, Killian, Heath & Lyman, LLC
*1049 West Fifth Avenue, Suite 200*
*Anchorage, Alaska 99501*
*(907) 258-2587*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 11th day of April, 2022, a copy of the foregoing was sent to the following via email and First-Class mail:

Gary Stromberg
73 Davis Creek Road
Candler, NC 28715
Stromberggary1@gmail.com

/s/ Kim A. Lyon
_____
Kim A. Lyon

Hall, Render, Killian, Heath & Lyman, LLC
1049 West Fifth Avenue, Suite 200
Anchorage, Alaska 99501
(907) 258-2587

NOTICE FOR RIPENESS OF DECISION  Page 6 of 6
*ALASKA WOMEN'S HEALTH, P.C. v. GARY J. STROMBERG et al.*
Case No. 3:21-cv-00272-TMB

Case 3:21-cv-00272-TMB   Document 9   Filed 04/11/22   Page 6 of 6