IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ALASKA WOMEN'S HEALTH, P.C.,

    Plaintiff,

    v.

GARY J. STROMBERG and JANE DOE STROMBERG,

    Defendants.

Case No. 3:21-cv-00272-TMB

## SCHEDULING AND PLANNING ORDER

**I.    Meeting of the Parties**

Based upon information available to the Court through a status report completed by the parties pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure and to Local Civil Rules 16.1 and 26.1(b)[1] and, if one was held, the scheduling and planning conference, this order for the pretrial development of the case is entered pursuant to Rule 16(b), Federal Rules of Civil Procedure.

**II.    Discovery Plan**

Discovery shall be conducted in accordance with Rules 26 through 37 of the Federal Rules of Civil Procedure, any applicable Local Civil Rules, and the discovery plan specified in the status report of the parties (if any), except as otherwise provided below.

---

[1] Dkt. 14 (Scheduling and Planning Conference Report).

A.  **Timing, Form, and Disclosure Requirements.** The requirements of Rule 26(f)(3)(A) shall apply to this case. Each party must contemporaneously prepare and maintain a written record of all disclosures and supplementation of disclosures or responses made to requests for discovery under Rule 26(a) and (e), Federal Rules of Civil Procedure. Unless required in support of a motion or by order of the Court, disclosures and supplemental disclosures are not to be filed with the Court.

B.  **Initial Disclosures / Preliminary Witness Lists.**

   1.  The information required by Rule 26(a)(1), Federal Rules of Civil Procedure:

       (a)  ___  has been exchanged by the parties.

       (b)  **X**  shall be exchanged by the parties on or before **June 16, 2022**.

   2.  Preliminary witness lists:

       (a)  ___  have been exchanged by the parties.

       (b)  **X**  shall be exchanged by the parties on or before **June 16, 2022**.

   3.  With reference to the disclosure requirements of Rule 7.1, Federal Rules of Civil Procedure:

       (a)  ___  The parties are in compliance.

       (b)  ___  Compliance shall be accomplished on or before _____.

       (c)  **X**  Rule 7.1 is not applicable.

3:21-cv-00272-TMB, *AK Women's Health v. Stromberg*
Scheduling and Planning Order
Page 2 of 9
Case 3:21-cv-00272-TMB-KFR   Document 15   Filed 05/13/22   Page 2 of 9

C. **Subjects and Timing of Discovery.**

1. The parties reported the following subjects on which discovery may be needed are as follows:

**(1) relied on by Defendant to support his claim he was wrongfully terminated and/or subjected to a hostile work environment; (2) relied on by Defendant to support his claim that he was sabotaged while working for Plaintiff; (3) relied on by Defendant to support his claim that Plaintiff mishandled personal medical information or otherwise did not comply with HIPAA or the HIPAA reporting requirements; (4) relied on by Defendant to support his claim that Plaintiff potentially violated Stark Law; (5) relied on by Defendant to support his claim that he was sexually harassed; (6) relied on by Defendant to support his claim that Plaintiff was responsible for him being infected with COVID including all medical records showing that Defendant was infected with COVID and treatment he sought once he believed he was infected; (7) relied on by Defendant to support his claim that he continues to experience direct and psychological harm and damages associated with his employment by Plaintiff; and (8)**

3:21-cv-00272-TMB, *AK Women's Health v. Stromberg*
Scheduling and Planning Order
Page 3 of 9
Case 3:21-cv-00272-TMB-KFR   Document 15   Filed 05/13/22   Page 3 of 9

> **establishing what private information of Plaintiff the Defendant has in this possession including information stored electronically.**
>
> **Defendant seeks discovery and access to Plaintiff's data and systems.**

2. Discovery shall not be conducted in phases or limited to or focused on particular issues.

3. **Final Discovery Witness List.** A final discovery witness list, disclosing all lay witnesses that a party may wish to call at trial either by live testimony or deposition, shall be served and filed not later than: **September 16, 2022.** Each party shall make a good faith attempt to list only those lay witnesses that the party reasonably believes will testify at trial. Unless otherwise ordered for good cause shown, only those lay witnesses disclosed in this final discovery witness list, and the expert witnesses that were timely identified, will be permitted to testify at trial.

4. **Close of Fact Discovery.** Fact discovery shall be completed on or before **October 31, 2022.**

5. **Expert Discovery**. Pursuant to Rule 26(a)(2), Federal Rules of Civil Procedure:

    (a) Expert witnesses shall be identified by each party on or before **July 1, 2022**, and each party may identify responsive supplemental expert witnesses within 14 days thereafter.

3:21-cv-00272-TMB, *AK Women's Health v. Stromberg*
Scheduling and Planning Order
Page 4 of 9
Case 3:21-cv-00272-TMB-KFR   Document 15   Filed 05/13/22   Page 4 of 9

(b) Expert disclosures (reports) required by Rule 26(a)(2) shall be disclosed:

   (i) By all parties on or before **July 18, 2022**; and

   (ii) Rebuttal reports on or before **30 days** from service of the report being rebutted.

(c) Expert witness discovery (including depositions) shall be completed by **September 2, 2022.**

D. **Electronically Stored Information (ESI).**

Discovery or disclosure of electronically stored information (ESI) shall be handled as follows:

1. The parties report the following issues regarding disclosure, discovery, or preservation of ESI, including the form or format in which it should be produced:

**Defendant has Plaintiff's proprietary, private and confidential business information stored on one or more electronic devices.**

2. The parties shall proceed as they have proposed with respect to the production of ESI as set out below:

**Plaintiff's computer and electronics expert should be allowed access to any electronic devices where Defendant has stored or could have stored the confidential information he took from Plaintiff. Upon confirmation that the confidential information is stored on Defendant's electronics, Plaintiff's expert should be allowed to observe the removal and/or destruction of this confidential information.**

3. No issues have been reported with preservation of non-ESI discovery.

3:21-cv-00272-TMB, *AK Women's Health v. Stromberg*
Scheduling and Planning Order
Page 5 of 9
Case 3:21-cv-00272-TMB-KFR   Document 15   Filed 05/13/22   Page 5 of 9

E. **Claims of Privilege or Protection of Attorney Work Product.**

Claims of privilege or protection of trial preparation materials shall be handled as follows:

1. __X__ In accordance with Rule 26(f)(3)(D), Federal Rules of Civil Procedure.

2. ___ The parties have entered into a confidentiality agreement.

3. ___ The parties shall submit their proposed confidentiality agreement on or before _____.

F. **Limitations on Discovery.** The following limitations on discovery are imposed:

1. __X__ The limitations set forth in Federal Rules of Civil Procedure 26(b), 30, and 33, and in Local Civil Rules 30.1 and 36.1, apply, except as indicated below.

2. __X__ The maximum number of depositions by each party shall not exceed **10**.

    (a) __X__ Depositions shall not exceed **7 hours** as to any deponent.

    (b) __X__ Depositions shall not exceed **7 hours** as to non-party deponents.

    (c) __X__ Depositions shall not exceed **7 hours** as to party deponents.

3. __X__ The maximum number of interrogatories posed by each party shall not exceed **25**.

3:21-cv-00272-TMB, *AK Women's Health v. Stromberg*
Scheduling and Planning Order
Page 6 of 9
Case 3:21-cv-00272-TMB-KFR   Document 15   Filed 05/13/22   Page 6 of 9

4. __X__ The maximum number of requests for admissions posed by each party shall not exceed **25**.

5. ___ Other limitations:

**G. Supplementation of Disclosures and Discovery Responses.**

Disclosures and discovery responses shall be supplemented under Rule 26(e)(1) and (e)(2), Federal Rules of Civil Procedure.

**III. Pretrial Motions.**

**A.** Preliminary motions as to jurisdiction, venue, arbitration, and/or statutes of limitation shall be served and filed not later than:

1. __X__ Not applicable.

2. ___ [Date:]

**B.** Motions to amend, motions under the discovery rules, motions <u>in limine</u>, and dispositive motions:

1. __X__ Motions shall be served and filed within the times specified by the applicable rules, except as indicated below.

2. __X__ Motions to amend pleadings, including motions to add parties, shall be served and filed not later than **July 18, 2022**. Thereafter, a party must seek leave of the Court to modify this deadline. *See* Rule 16(b)(3)(A) and (b)(4), Federal Rules of Civil Procedure.

3. __X__ Motions under the discovery rules shall be served and filed not later than **September 2, 2022**.

3:21-cv-00272-TMB, *AK Women's Health v. Stromberg*
Scheduling and Planning Order
Page 7 of 9
Case 3:21-cv-00272-TMB-KFR   Document 15   Filed 05/13/22   Page 7 of 9

4. __X__ Dispositive motions shall be served and filed not later than **November 28, 2022**.

5. __X__ Motions to exclude expert testimony shall be filed and served not later than **November 28, 2022**.

C. Either party may request a trial setting conference at any time to establish a trial date. The Court, on its own initiative, will schedule a trial setting conference after the close of discovery.

IV. **Trial.**

　A. The parties expect the case to take **4** days for trial.

　B. A jury trial has been demanded.

　C. The right to jury trial is not disputed.

V. **Other Provisions.**

　A. **Court Conference.** The parties have not requested a conference with the court before entry of a scheduling order.

　B. **Consent to Proceed before a Magistrate Judge.** The parties consent to trial before a Magistrate Judge. Therefore this matter is hereby **REFERRED** to Magistrate Judge Kyle Reardon for conducting any and all proceedings pursuant to 28 U.S.C. § 636(c)(1).

　C. **Early Settlement / Alternative Dispute Resolution.** The parties have considered and reported to the court regarding possible alternative dispute resolution procedures.

3:21-cv-00272-TMB, *AK Women's Health v. Stromberg*
Scheduling and Planning Order
Page 8 of 9
Case 3:21-cv-00272-TMB-KFR   Document 15   Filed 05/13/22   Page 8 of 9

**D. Cases.** The parties have reported to the Court that they are unaware of any related cases as defined by Local Civil Rule 16.1(e).

DATED this 13th day of May, 2022 at Anchorage, Alaska.

*/s/ Timothy M. Burgess*
TIMOTHY M. BURGESS
UNITED STATES DISTRICT JUDGE

3:21-cv-00272-TMB, *AK Women's Health v. Stromberg*
Scheduling and Planning Order
Page 9 of 9
Case 3:21-cv-00272-TMB-KFR   Document 15   Filed 05/13/22   Page 9 of 9